Adam J Schwartz (SBN 251831)
e-service: adam@ajschwartzlaw.com
ADAM J SCHWARTZ, ATTORNEY AT LAW
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (323) 455-4016

*Attorney for Plaintiff Ryan McGowen and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCGOWEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A-LIST MARKETING SOLUTIONS INC. d/b/a SAFEGUARD SOLUTIONS<br><br>Defendant. | Case No. 8:21-cv-1134-CJC-ADS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Ryan McGowen ("Plaintiff"), by his undersigned counsel, responds to this Court's Order to Show Cause re Dismissal for Lack of Prosecution. *See* ECF No. 10. First, the Plaintiff apologizes for the delay in filing this response. As explained in more detail below, shortly after service counsel for A-List Marketing Solutions Inc. d/b/a SafeGuard Solutions indicated that they would be filing an

COMPLAINT - 1

appearance, and counsel for the Plaintiff attempted to reach them before filing this response. Plaintiff further states:

1. As this Court indicated, the deadline for filing a responsive pleading was last week.

2. However, on July 19, 2021, counsel for the plaintiff spoke with counsel for the defendant and had granted permission for an extension of time of at least 21 days.

3. Counsel for the defendant indicated that they would be filing an appearance and stipulation shortly.

4. After receiving this Court's Order, counsel for the plaintiff was able to reach counsel for the defendant today, July 30, 2021.

5. Counsel for the defendant indicated that they would be filing their appearance and stipulated request for extension of time today, July 30, 2021.

6. As this matter is a putative class action, even if the defendant is defaulted, the Plaintiff would still seek the Court's leave to conduct discovery to identify members of the putative class.

///

///

///

///

WHEREFORE, the Plaintiff respectfully requests that this matter not be dismissed. However, if the Defendant fails to file their appearance, the Plaintiff will seek a default by August 6, 2021.

RESPECTFULLY SUBMITTED AND DATED this 30th day of July, 2021.

By: */s/ Adam Schwartz*

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100
Email: anthony@paronichlaw.com
*Subject to Pro Hac Vice*

*Attorney for Plaintiff and the Proposed Class*