Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

*Attorney for Plaintiff Ryan McGowen and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCGOWEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A-LIST MARKETING SOLUTIONS INC. d/b/a SAFEGUARD SOLUTIONS<br><br>Defendant. | Case No. 8:21-cv-1134-CJC-ADS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable Cormac J. Carney |

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this May 4, 2022.

|   |   |   |
|---|---|---|
| | | PLAINTIFF, |
| | | By his attorneys, |
| | | |
| | | /s/ *Anthony I. Paronich* |
| | | Anthony I. Paronich |
| | | Paronich Law, P.C. |
| | | 350 Lincoln Street, Suite 2400 |
| | | Hingham, MA 02043 |
| | | (508) 221-1510 |
| | | |
| | | *Counsel for Plaintiff and the putative class* |
| DATED:  May 4, 2022 | | **MURCHISON & CUMMING,  LLP** |
| | By: | */s/Georgiana A. Nikias* |
| | | Anton Handal |
| | | Georgiana A. Nikias |
| | | Attorneys for A-LIST MARKETING SOLUTIONS INC. d/b/a SAFEGUARD SOLUTIONS |

-2-

Plaintiff's Fourth Set of Discovery
Case No. 8:21-cv-1134-CJC-ADS